IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.K. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-4604 |
| | : | |
| THE PERKIOMEN SCHOOL | : | |

## ORDER

AND NOW, this 6th day of November 2024, upon reviewing the parties' Stipulation (ECF 10) addressing the name of the adult Plaintiff in the public dockets and case caption given allegations addressing conduct towards her as a minor student, reminding counsel we will again review the public access and First Amendment access issues for courtroom proceedings and trials, and for limited good cause, it is **ORDERED** we **APPROVE in part** the Stipulation (ECF 10) requiring we **amend** the caption as above until further Order (to ensure public access as warranted mindful the Plaintiff is an adult residing in Belgium) and remind counsel we do not enter protective orders other than under F.R.E. 502 but will enforce private agreements consistent with our Policies and while we retain jurisdiction.

KEARNEY, J.