IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.K. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-4604 |
| | : | |
| THE PERKIOMEN SCHOOL | : | |

## ORDER

**AND NOW**, this 13th day of November 2024, upon considering the parties' Stipulation for entry of protective order agreement and proposed order regarding the confidentiality of documents and materials (ECF 12), mindful a party may not delay timely producing discovery without consent or an Order upon showing good cause, it is **ORDERED** the Stipulation (ECF 12) is **APPROVED** only to the extent the parties reached a private agreement for materials exchanged in discovery but without entering a protective order mindful:

1. The parties may provide for confidentiality in their private discovery consistent with *Glenmede Trust Co. v. Thompson*, 56 F.3d 476, 483 (3d Cir. 1995) mindful we will review a claim for breach of a private confidentiality agreement related to this case; and,

2. As detailed in our Policies, we review precluding public access over specific language (on a term-by-term basis) in **public filings** upon the filing of a pre-filing motion to seal specific terms not rendered stale with the passage of time compliant with our Policies and then applying the exacting common law right of access standard or possible First Amendment strict scrutiny standard to the specific language sought to be precluding from public access under *In re: Avandia Mktg., Sales Practices and Products Liab. Litig.* 924 F.3d 662, 671-73 (3d Cir. 2019).

**KEARNEY, J.**