IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.K. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-4604 |
| | : | |
| THE PERKIOMEN SCHOOL | : | |

## ORDER

**AND NOW**, this 29th day of January 2025, upon the filing of an Answer (ECF 8) to the Complaint (ECF 1), and noting third-party Defendant has not timely responded to the third-party Complaint (ECF 8-1) but we will move forward consistent with Rule 1, it is **ORDERED**:

1. Counsel and all parties are governed by this Court's Policies and Procedures and Protocols for Remote Video Proceedings in effect at the time of the anticipated action found at www.paed.uscourts.gov;

2. We will hold an **INITIAL PRETRIAL CONFERENCE** over the telephone on **February 13, 2025** at **8:45 A.M.** via ZoomGov (1-646-828-7666; Meeting ID: 160 938 5085; Passcode: 175748);

3. The parties shall engage in early, ongoing and meaningful discovery planning proportional to the needs of your case including by preparing the information necessary for the Rule 26(f) Report for our review at the Initial Pretrial Conference including the fulsome stipulation of undisputed facts for purposes of discovery, disclosing an insurer's name and coverage terms, and, addressing the need for a F.R.E. 502 Order;

4. The parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) <u>and shall produce</u> copies of the identified documents, on or before **February 5, 2025**;

5. The discovery period begins with this Order and the parties shall exchange written discovery requests to each other and third parties immediately including focusing this initial

discovery on information relevant to the most important issues available from the most easily accessible sources;

6.  After consulting with all parties, Plaintiff's counsel shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating, at a minimum, <u>all</u> the information required in our Form Rule 26(f) Report (found on the Court website with our Policies and Procedures) no later than the close of business on **Tuesday, February 11, 2025**;

7.  Lead trial counsel is required to appear at the conference. If trial counsel is before a tribunal in another matter, an attorney in his or her office who is thoroughly familiar with this case is required to appear at the conference, and will then be designated as lead trial counsel for scheduling purposes; and,

8.  Lead trial counsel shall have addressed settlement with all parties and be prepared to discuss status of settlement at the conference, including authority from the clients to settle.

*/s/ Mark A. Kearney*
**KEARNEY, J.**