**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| S.K. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-4604 |
| | : | |
| THE PERKIOMEN SCHOOL | : | |

# ORDER

**AND NOW**, this 13th day of February 2025, following today's initial pretrial conference where counsel consented to the entry of an Order under Federal Rule of Evidence 502(d), it is **ORDERED** a party's disclosure in this litigation of a communication or information covered by the attorney-client privilege or entitled to work-product protection does not constitute a waiver of such privilege or protection either in this litigation or in any other federal or state proceeding.

_____
**KEARNEY, J.**