**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **S.K.** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | **NO. 24-4604** |
| | **:** | |
| **THE PERKIOMEN SCHOOL** | **:** | |

## **ORDER**

    **AND NOW**, this 21st day of March 2025, upon considering Defendant's Motion for leave to amend (ECF 31) its Third-Party Complaint (ECF 8), finding no prejudice in allowing amendment as Plaintiff does not oppose and Third-Party Defendant has not entered his appearance, and for good cause, it is **ORDERED** Defendant's Motion for leave to amend (ECF 31) is **GRANTED** allowing Defendant leave to file a first amended Third-Party Complaint (ECF 31-10) along with a black lined version comparing it to the earlier Third-Party Complaint (ECF 8) compliant with our Policies by no later than **March 25, 2025.**

**KEARNEY, J.**